**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
CSAA General Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **MARJORIE BISBEE** | 2:16-cv-01500-JAD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| **CSAA GENERAL INSURANCE COMPANY; DOES I through X; and ROE CORPORATIONS I through X, inclusive** | **(First Request)** |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, MARJORIE BISBEE, and Defendant, CSAA GENERAL INSURANCE COMPANY to Extend Discovery Deadlines by 60 days.

**A. STATEMENT SPECIFYING THE DISCOVERY COMPLETED:**

The following discovery has been completed by the parties:

1. Defendant's Initial Disclosure, pursuant to FRCP 26(f);
2. Plaintiff's Initial Disclosure, pursuant to FRCP 26(f);
3. Defendant's First Set of Requests for Admissions to Plaintiff;
4. Defendant's First Set of Interrogatories to Plaintiff;
5. Defendant's First Set of Request for Production of Documents to Plaintiff;

**B. A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

1. Depositions of the Person Most Knowledgeable from Plaintiff's medical providers relevant to treatment rendered to Plaintiff since the date of this accident;
2. Depositions of Plaintiff's claim handling expert who is located out of state;
3. Deposition of Plaintiff;
4. Deposition of Defense Experts.

**A. THE REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER:**

The parties anticipate taking the depositions of the plaintiff, representatives from CSAA General and experts on the first available dates. Defense counsel is about to begin a two to three week trial, starting May 3, 2017 and will be

unavailable to schedule or coordinate the depositions. Plaintiff's counsel has a trial beginning at the end of May that is expected to last approximately four weeks.

The parties are not requesting to reopen the expert deadlines, but instead request only a deadline to conduct additional discovery. The parties believe that a modest addition of sixty days will accommodate both parties sufficiently to conclude the discovery that remains in this matter.

**D.  A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

|                      | **Old Deadline** | **New Deadline** |
|----------------------|------------------|------------------|
| Discovery Cut off:   | 05/10/2017       | 07/10/2017       |
| Expert Disclosure:   | 03/10/2017       | CLOSED           |
| Rebuttal of Experts: | 04/10/2017       | CLOSED           |
| Dispositive Motions: | 06/10/2017       | 08/09/2017       |

///
///
///
///
///
///
///

**F. SAID REQUEST IS NOT BEING MADE FOR PURPOSES OF UNDULY DELAYING DISCOVERY OR THE TRIAL OF THIS MATTER.**

DATED this 26th day of April, 2017.

**RANALLI ZANIEL FOWLER & MORAN, LLC**      **SEEGMILLER & ASSOCIATES**

 /s/ Benjamin J. Carman                 /s/ Clark Seegmiller
GEORGE M. RANALLI, ESQ.           CLARK SEEGMILLER, ESQ.
Nevada Bar No. 5748                 Nevada Bar No. 3873
BENJAMIN J. CARMAN, ESQ.         10655 Park Run Drive, Suite 250
Nevada Bar No. 12565
2400 W. Horizon Ridge Parkway    Las Vegas, NV 89144
Henderson, Nevada 89052           Attorney for Plaintiff,
Attorneys for Defendant            Marjorie Bisbee

**ORDER**

IT IS SO ORDERED:

Dated: April 28, 2017

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE