GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
CSAA General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| MARJORIE BISBEE<br><br>　　　　Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY;<br>DOES I through X; and ROE<br>CORPORATIONS I through X,<br>inclusive<br><br>　　　　Defendant | 2:16-cv-01500-JAD-PAL<br><br>ECF No. 35 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARJORIE BISBEE, and Defendants, CSAA GENERGAL INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

It is Further Stipulated that any Trial Currently Scheduled, be Vacated.

Dated: February 7, 2018

RANALLI ZANIEL FOWLER & MORAN, LLC

/s/ George M. Ranalli

GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant

Dated: January , 2018

SEEGMILLER & ASSOCIATES

/s/ Clark Seegmiller

CLARK SEEGMILLER, ESQ.
Nevada Bar No. 3873
10655 Park Run Drive, Ste. 250
Las Vegas, Nevada 89144
Attorney for Plaintiff

### ORDER

Based on the parties' stipulation [ECF No. 35] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
February 9, 2018